IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                              NO.  4:06cr00104-01 JMM

COURTNEY ZRONE JOHNSON                                                          DEFENDANT

## ORDER

The Court has reviewed the Report and Recommendation received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Report and Recommendation is adopted in its entirety as this Court's finding.

Accordingly, Defendant's guilty plea, entered December 8, 2006, is hereby accepted.  Defendant is found guilty of the crime to which he tendered his guilty plea.  The written plea agreement is accepted, understanding that such acceptance is subject to the provisions of the United States Sentencing Guidelines that "The Court is not bound by the stipulation, but may, with the aid of the presentence report, determine the facts relevant to sentencing."

IT IS SO ORDERED this 5th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE