IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO. 4:06cr00104-01 JMM

COURTNEY ZRONE JOHNSON

## ORDER

United States' motion to amend the restitution of $57,931.40 imposed on September 14, 2007 (docket entry #227) is granted.

The Judgment, entered in this case on September 27, 2007, is amended to correct the amount of restitution. The total amount of restitution is $57,576.29, payable to the victims and joint and several with co-defendants as listed on the attachment.

The remaining portions of the Judgment will remain in full force and effect.

IT IS SO ORDERED THIS ___27___ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

| | | Bank of America | Metropolitan | First Security Bank | U.S. Bank | Total |
|---|---|---|---|---|---|---|
| James Evans<br>Johnny Sampson<br>Courtney Johnson | 4:05CR00233-01-JMM<br>4:06CR00104-02-JMM<br>4:06CR00104-01-JMM | $ 13,975.68 | $ 1,300.00 | $ 480.00 | | $ 15,755.68 |
| Tadrian Jones Casey<br>Courtney Johnson | 4:06CR00179-SWW | | | | $ 9,703.95 | $ 9,703.95 |
| Thomas Lawrence<br>Courtney Johnson | 4:06CR00104-04-JMM | $ 3,999.18 | | | | $ 3,999.18 |
| Tracy Fletcher<br>Courtney Johnson | 4:06CR00048-JLH | $ 4,926.00 | | | | $ 4,926.00 |
| Carter Wilcoxson<br>Courtney Johnson | 4:06CR00104-05-JMM | $ 1,307.00 | | | | $ 1,307.00 |
| Tamika Plant<br>Courtney Johnson | 4:06CR00104-03-JMM | $ 7,318.00 | $703.21 | | | $ 8,021.21 |
| Lanora Glass<br>Lacresha Pugh<br>Khaleelah Powell<br>Doris Martin<br>Courtney Johnson | 4:06CR00104-06-JMM<br>4:06CR00104-07-JMM<br>4:06CR00104-08-JMM<br>4:06CR00104-09-JMM | $ 8,914.00 | 3,476.27 | | | $ 12,390.27 |
| Lamad Ben-Yehuda<br>Courtney Johnson | 4:06CR00267-01-JLH | $ 1,473.00 | | | | $ 1,473.00 |
| | | $ 41,912.86 | $ 5,479.48 | $ 480.00 | $ 9,703.95 | $ 57,576.29 |