PROB 12B
ED/AR (12/2010)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 05 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Courtney Zrone Johnson         Case Number: 4:06CR00104-001 JMM

Name of Sentencing Judicial Officer:    Honorable James M. Moody
                                        United States District Judge

Offense:            Conspiracy to Make and Possess Counterfeit Checks

Date of Sentence:   September 14, 2007

Sentence:           40 months Bureau of Prisons followed by a consecutive term of 20 months Bureau of Prisons in 4:03CR00225-001 JMM, 3 years supervised release, substance abuse treatment, mandatory drug testing, mental health treatment, financial disclosure, no new lines of credit, no employment in an institution insured by the FDIC or a Federal Credit Union, DNA, $57,931.40 restitution, and $100 special penalty assessment

Type of Supervision: Supervised release         Date Supervision Commenced: December 21, 2009
                                                Expiration Date: December 20, 2012

Asst. U.S. Attorney: Jana Harris                Defense Attorney: To be appointed

U.S. Probation Officer: Satori Barnes
Phone No.: 501-604-5268

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**During supervised release, payments will be $50 per month. If defendant's income increases from its current amount, payments will be 10 percent per month of the defendant's monthly gross income.**

## CAUSE

Mr. Johnson completed a monthly cash flow statement which revealed a current monthly income of $1,200 with monthly expenses of $1,150.50. Based on his current financial status, Mr. Johnson is unable to make restitution payments based on 10% of his gross monthly income. Mr. Johnson's financial situation will continue to be reviewed and payments based on 10% of his gross monthly income will resume should his financial status improve.

Prob 12B        -2-        Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Courtney Zrone Johnson      Case Number: 4:06CR00104-001 JMM

On May 30, 2012, Assistant Federal Public Defender Kim Driggers was contacted telephonically to review the waiver of hearing to modify conditions of supervised release with Mr. Johnson. On May 30, 2012, Mr. Johnson signed a Prob 49, Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the modification.

_____
Satori Barnes
U.S. Probation Officer

Date: May 30, 2012

_____
Jana Harris
Assistant U.S. Attorney

Date: 6-4-12

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

6/5/12
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

Prob 12B                                          -3-                              Request for Modifying the
                                                                                  Conditions or Terms of Supervision
                                                                                  with Consent of the Offender

Name of Offender: Courtney Zrone Johnson                Case Number: 4:06CR00104-001 JMM

SYB/jkr

c: Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203
U.S. Attorney's Office, Financial Litigation Unit, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**During supervised release, payments will be $50 per month. If defendant's income increases from its current amount, payments will be 10 percent per month of the defendant's monthly gross income.**

Witness: _____      Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____5-30-12_____
DATE